UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                                     Case No. 17-47290

LAURA LEE NEWTON,                  Chapter 7

          Debtor.                         Judge Thomas J. Tucker
_____/

## ORDER DENYING FEE APPLICATION OF DEBTOR'S ATTORNEY, AND CANCELLING HEARING SCHEDULED FOR MAY 30, 2018

      This case is before the Court on a fee application by the attorney for the Debtor in this Chapter 7 case, filed on May 4, 2018, entitled "First Application for Compensation for Attorney Services" (Docket # 79, the "Fee Application"). In the Fee Application, Debtor's attorney seeks approval of fees in the amount of $13,380.00 and expenses in the amount of $36.00, to be paid by the bankruptcy estate, for services rendered May 15, 2017 through May 5, 2018. The Chapter 7 Trustee filed an objection to the Fee Application (Docket # 80) based in part on the decision of the United States Supreme Court in *Lamie v. United States Trustee*, 540 U.S. 526 (2004).

      The Court concludes that a hearing on the Fee Application is not necessary, and that the Court must deny the Fee Application. The Chapter 7 Trustee did not employ the Debtor's attorney under 11 U.S.C. § 327, and therefore the Debtor's counsel is not entitled to compensation from estate funds in this Chapter 7 case under 11 U.S.C. § 330(a). *See Lamie*, 540 U.S. at 529 ("[I]n a Chapter 7 proceeding § 330(a)(1) does not authorize payment of attorney's fees unless the attorney has been appointed under § 327 of the Code.").

      Accordingly,

      IT IS ORDERED that:

1. The Fee Application (Docket # 79) is denied.

2. The hearing on the Fee Application, scheduled for May 30, 2018 at 9:00 a.m., is cancelled.

**Signed on May 29, 2018**



/s/ Thomas J. Tucker
**Thomas J. Tucker**
**United States Bankruptcy Judge**